POLSINELLI PC
Jason A. Nagi
600 Third Avenue, 42nd Floor
New York, New York 10016
(212) 644-2092
jnagi@polsinelli.com
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| WELLS FARGO BANK NATIONAL ASSOCIATION AS TRUSTEE FOR THE HOLDERS OF COMM 2014-UBS6 MORTGAGE TRUST COMMERCIAL MORTGAGE PASS-THROUGH CERTIFICATES,<br><br>Plaintiff,<br><br>-against-<br><br>366 REALTY LLC, et al.,<br><br>Defendants. | No.:  17-cv-3570-SJ-SMG |

## MOTION FOR THE APPOINTMENT OF RECEIVER

**PLEASE TAKE NOTICE** that upon Plaintiff's Memorandum in Support of Motion for the Appointment of Receiver, the Affidavit of Steven Taylor in Support of Plaintiff's Motion for the Appointment of Receiver, and exhibits attached thereto, and upon all of the proceedings and pleadings had herein, the undersigned will move this Court, at the United States District Courthouse for the Eastern District of New York, located at 225 Cadman Plaza East, Brooklyn, New York 11201, at a date and time to be designated by the Court for an Order appointing a receiver to take control of the property located at 366 Knickerbocker Avenue, Brooklyn, New York 11237, pursuant to pursuant to Fed. R. Civ. P. 66.

**PLEASE TAKE FURTHER NOTICE** that, opposing affidavits and answering memoranda, if any, shall be served within fourteen (14) days after service of the moving papers; and

**PLEASE TAKE FURTHER NOTICE** that, reply affidavits and reply memoranda of law shall be served within seven (7) days after service of the answering papers

Dated: New York, New York
October 30, 2017

POLSINELLI PC

By: /s/  Jason A. Nagi
JASON A. NAGI
600 Third Avenue, 42nd Floor
New York, New York 10016
(212) 684-0199
jnagi@polsinelli.com

*Attorneys for Plaintiff*
*Wells Fargo Bank National Association*
*as Trustee for the Holders of Comm*
*2014-UBS6 Mortgage Trust Commercial*
*Mortgage Pass-Through Certificates*

To: Jeffrey L. Saltiel
Wenig Saltiel & Greene LLP
26 Court Street, Suite 1200
Brooklyn, New York 11242
jsaltiel@aol.com

Lynn E. Judell, Esq.
Schwartz Sladkus Reich Greenberg Atlas LLP
270 Madison Avenue
New York, New York 10016
judell@ssrga.com

57953378