# Exhibit B

## Certified Rent Roll

| Tenant Name | Type of Tenant (ex. Retail) | Sq Ft | Annual Rent | Annual Reimbursement | Lease Start | Lease Expiration |
|---|---|---|---|---|---|---|
| Modern MD Managment Services LLC | Retail | 2300 | $138,000.00 | $0.00 | 12/11/2015 | 8/10/2025 |
| Victor Guman & Nancy Molina | Residential | 675 | $19,200.00 | $0.00 | 4/1/2013 | 12/31/2015 |
| Luis Murillo & Suzana Lopez | Residential | 700 | $19,200.00 | $0.00 | 10/1/2012 | 12/31/2015 |
| Angelo Ramos | Residential | 675 | $19,200.00 | $0.00 | 10/1/2012 | 9/30/2016 |
| Enedena Gonzalez & Angel Avel | Residential | 675 | $19,200.00 | $0.00 | 4/1/2013 | 12/31/2015 |

Certified by: _____

Date: _____