Clerk's Office
Filed Date:

03/19/2021

U.S. DISTRICT
COURT
EASTERN
DISTRICT OF
NEW YORK
BROOKLYN
OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
WELL FARGO BANK NATIONAL
ASSOCIATION,

                        Plaintiff,

  v.

366 REALTY LLC et al.
                    Defendants.
-----------------------------------------------------------------X

JUDGMENT

17 CV 3570 (SJ) (RER)

A Memorandum and Order of the Honorable Sterling Johnson, United States District Judge, having been filed on March 16, 2021, granting Plaintiff's motion for summary judgment; and denying Plaintiff's motion to appoint a receiver; it is

ORDERED and ADJUDGED that Plaintiff's motion for summary judgment is granted; and that Plaintiff's motion to appoint a receiver is denied.

Dated: Brooklyn, New York  
         March 17, 2021

                                              Douglas C. Palmer  
                                              Clerk of Court

                               By:    */s/Jalitza Poveda*  
                                                Deputy Clerk