AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

| Wells Fargo Bank, N.A. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 17-CV-03570 |
| 366 Realty LLC, Joshua Mizrahi | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

366 Realty LLC and Joshua Mizrahi.

Date: 06/02/2021

/s/
*Attorney's signature*

Dan M. Blumenthal
*Printed name and bar number*
DB8050

Wenig Saltiel LLP,
26 Court St., Suite 1200, Brooklyn, NY 11242
*Address*

DBlumenthal@LTAttorneys.com
*E-mail address*

(718) 797-5700
*Telephone number*

(718) 522-0356
*FAX number*