```
United States District Court
Eastern District of New York
```

-----------------------------------X

Wells Fargo Bank National
Association,

          *Plaintiff*,

  - against -

366 Realty LLC, et. al.,

          *Defendants*.

-----------------------------------X

**Order**

No. 17-cv-03570(KAM)(JAM)

**Kiyo A. Matsumoto, United States District Judge:**

On September 27, 2025, Magistrate Judge Marutollo issued a well-reasoned Report and Recommendation ("R&R"), (ECF No. 159), recommending this Court grant in part and deny in part Plaintiff's motion for default judgment, (ECF No. 148).  Specifically, Magistrate Judge Marutollo recommends that default judgment be granted as to the Criminal Court of the City of New York and the New York City Environmental Control Board and that default judgment be denied without prejudice as to the New York City Department of Finance.  The R&R was served on the Criminal Court of the City of New York, the New York City Environmental Control Board, and the New York City Department of Finance on October 1, 2025.  (ECF No.

160 at 2.)  Thus, the time to file objections expired on October 15, 2025.  No party filed an objection to the R&R.

"It is the rule in this Circuit that a party's failure to object timely to a magistrate's report operates as a waiver of any further judicial review of the magistrate's decision." *Graham v. City of New York*, 443 F. App'x 657, 658 (2d Cir. 2011) (summary order) (internal quotations omitted).  "When, as here, no party has objected to a magistrate judge's recommendation, the recommendation is reviewed, at most, for 'clear error.'" *Barrera v. F F & A Rest. Corp.*, No. 19-cv-2747 (RPK) (CLP), 2021 WL 2138875, at *1 (E.D.N.Y. May 25, 2021) (citing Fed. R. Civ. P. 72(b), Advisory Committee's Notes (1983)).  "Clear error will only be found only when, upon review of the entire record, the Court is left with 'the definite and firm conviction that a mistake has been committed.'" *Barrera*, 2021 WL 2138875, at *1 (quoting *United States v. Snow*, 462 F.3d 55, 72 (2d Cir. 2006)).  Having found no clear error, the Court adopts Magistrate Judge Marutollo's well-reasoned Report and Recommendation in its entirety.

Default judgment is GRANTED as to the Criminal Court of the City of New York and the New York City Environmental Control Board, and default judgment is DENIED WITHOUT PREJUDICE as to the New York City Department of Finance.

The Clerk of Court is respectfully directed to enter default judgment in Plaintiff's favor against the Criminal Court

2

of the City of New York and the New York City Environmental Control Board.

Plaintiff is respectfully directed to serve (i) the Criminal Court of the City of New York, (ii) the New York City Environmental Control Board, and (iii) the New York City Department of Finance with a copy of this Order and to note service on the docket by October 20, 2025.

**So ordered.**

Dated:    October 17, 2025
         Brooklyn, New York

_____
**Kiyo A. Matsumoto**
United States District Judge
Eastern District of New York